UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L'OTTAVO RISTORANTE, DANIEL
HARVEY and SYLVIA HIE, on
behalf of themselves and
all others similarly
situated,

           Plaintiffs,

    v.

INGOMAR PACKING COMPANY,
LOS GATOS TOMATO PRODUCTS,
INTRAMARK USA, INC., and
RANDALL LEE RAHAL,

           Defendants.

_____/

NO. CIV. S-09-1427 LKK/GGH

O R D E R

Upon review of the complaint, it appears that this action should have been commenced in the Fresno district of this court. See Local Rule 3-130(d). Accordingly, this action is hereby TRANSFERRED to this court's Fresno division. See Local Rule 3-120(f). The Clerk is directed to take all necessary action to transfer the case to the Fresno division. The scheduling conference currently set for August 10, 2009 is VACATED.

1

IT IS SO ORDERED.

DATED: May 28, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT